Case 1:24-cv-04348-LAK   Document 23-1   Filed 08/21/24   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

- against -

MARIO GOGLIORMELLA,
STEVEN LACAJ, and
KARIM IBRAHIM,
  a/k/a "Chris Hayes,"

    Defendants.

------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/24

ECF Case

No. 24 Civ. 4348 (LAK)

~~PROPOSED~~ ORDER

    WHEREAS, on August 21, 2024, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *United States v. Gogliormella, et al.*, 24 Cr. 362 (VSB) (the "Criminal Case"), in which an indictment has been returned; and

    WHEREAS, defendants Mario Gogliormella, Steven Lacaj, and Karim Ibrahim consent to the stay of this matter in its entirety;

    WHEREAS, the SEC takes no position on the Government's request to stay this matter in its entirety; and

    WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that this matter is stayed in its entirety until the completion of the Criminal Case.

SO ORDERED.

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

8/21/24
DATE